**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>Plaintiff,<br><br>vs.<br><br>BEEZOE TO LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:22-cv-04025 AB (JCx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KIMBERLY FRAZIER ("Plaintiff") and Defendant BEEZOE TO LLC ("Defendant") stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: December 7, 2022     SO. CAL. EQUAL ACCESS GROUP

By: */s/   Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: December 7, 2022     Baker, Olson, LeCroy & Danielian

By: *s/ Eric Olson*
Eric Olson
Attorneys for Defendant,
BEEZOE TO LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 7, 2022     By: */s/ Jason J. Kim*
Jason J. Kim